IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RALPH HERBERT DEEP,

    Petitioner,                                    16cv0147

                                                         **ELECTRONICALLY FILED**

         v.

COURT OF COMMON PLEAS OF
WESTMORELAND COUNTY,

    Respondent.

### Order of Court

This case was commenced on February 9, 2016, and was referred to United States Chief Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(l), and the Local Rules of Court for Magistrate Judges.

Pursuant to Rule 4 of the Rules governing Section 2254 cases, Magistrate Judge Kelly filed a Report and Recommendation (doc. no. 5) recommending a summary dismissal of the Petition for Writ of Habeas Corpus for Petitioner's failure to exhaust his state court remedies. The parties were advised that written objections to the Report and Recommendation were to be filed by April 4, 2016 (service on Petitioner Deep was made on March 17, 2016 by U.S. Mail to Petitioner's address of record).

The time has now passed for filing written objections and no party has filed any objection. This Court has reviewed the matter and concludes that the Report and Recommendation correctly analyzes the issues and makes a sound recommendation. Accordingly, after *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

**And now,** this 11th day of April, 2016, the Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE; it is further ordered that a certificate of appealability is DENIED; and the Report and Recommendation of March 17, 2016 (doc. no. 5) is affirmed and adopted as the Opinion of the Court.

**SO ORDERED** this 11th day of April, 2016.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All Registered ECF Counsel and Parties

**RALPH HERBERT DEEP**
4557-2015
SCI Greensburg
3000 WS. Grand Boulevard
Greensburg, PA 15601